Opinion issued June 28, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-04-01107-CV






MARIO ENRIQUEZ TREVINO, Appellant


V.


QUALITY TURF FARMS, Appellee






On Appeal from the 23rd District Court 

Brazoria County, Texas

Trial Court Cause No. 29759






MEMORANDUM OPINION ON REHEARING Appellant Mario Enriquez Trevino has failed to timely file a brief. See Tex.
R. App. P. 38.8(a) (failure of appellant to file brief). After being notified that this
appeal was subject to dismissal, appellant did not adequately respond. See Tex. R.
App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.